

# NUMBER 13-24-00185-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**LG ENERGY SOLUTION MICHIGAN, INC.,**              Appellant,

**v.**

**DR. LENA SPECK HOPKINS,
INDIVIDUALLY AND ON BEHALF
OF SPECK HOPKINS
MANAGEMENT, LLC
D/B/A SPECK HOPKINS MD,
AND JEFFELYN INVESTMENTS, LTD.,**              Appellees.

---

## ON APPEAL FROM THE 107TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Silva, West, and Fonseca[1]
### Memorandum Opinion by Justice Fonseca

This matter is before the Court on the parties' joint motion for disposition pursuant

---

[1] The Honorable Dori Contreras, former Chief Justice of this Court, and the Honorable Gina M. Benavides, former Justice of this Court, were members of the panel at the time this case was submitted without oral argument, but did not participate in this memorandum opinion because their terms of office expired on December 31, 2024. In accordance with the appellate rules, they were replaced on panel by Justice Jon West and Justice Ysmael D. Fonseca. *See* TEX. R. APP. P. 41.1(a).

to settlement. On November 25, 2024, we abated the cause on the parties' joint motion to abate the appeal to allow the parties to "resolve the claims between them" and "consummate the settlement agreement." On February 25, 2025, the Court extended abatement until March 17, 2025. The parties have settled their claims, and the trial court has signed an order dismissing the underlying lawsuit. The parties request that the Court dismiss the appeal and order that each party bear their own costs of the appeal.

Upon review of the joint motion for disposition pursuant to settlement, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the case is reinstated, the joint motion is granted, and the appeal is hereby dismissed.

In accordance with the parties' agreement, costs are hereby assessed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
20th day of March, 2025.

2